**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

John Doe,

*Plaintiff*,

v.

Markwayne Mullin, et al.,

*Defendants*.

Case No: 1:26-cv-856

# ORDER

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, the motion is hereby **GRANTED** in part. Accordingly, Defendants must do as follows:

1. Defendants shall facilitate Plaintiff John Doe's return to the United States pursuant to the Court's prior orders. *See* ECF 21; ECF 25. To do so, Defendants are permitted to share this Court's prior orders dated July 10, 2026 (as amended on August 3, 2026) directing Defendants "to take all available steps to facilitate the return of Plaintiff John Doe from El Salvador to the United States as soon as possible."
2. By 5:30 PM San Salvador time (7:30 PM ET), Defendants are to ensure that Salvadoran authorities at the San Salvador International Airport are aware of and in possession of the agreement between ICE ERO and the Salvadoran Migration Authority and airport security permitting Mr. Doe to transit through the airport and to the United States.
3. With consideration to the executive branch's constitutional role, Defendants are to take all available steps to facilitate Mr. Doe's return to the United States as soon as possible, including if Mr. Doe is transferred from airport detention to a Salvadoran prison.

4. Defendants are directed to file, by no later than 5:00 PM on Friday, September 25, 2026, a supplemental declaration from an individual with personal knowledge, addressing the following: (a) the current physical location and custodial status of John Doe; (b) what steps, if any, Defendants have taken to facilitate his immediate return to the United States; and (c) what additional steps Defendants will take, and when, to facilitate his return. If Defendants do not have this information despite diligent attempts to obtain it, the declarant shall say so in a declaration.

5. Defendants are to file daily (weekday) status reports with this Court including this information until Plaintiff is physically present in the United States or until otherwise ordered by the Court.

Brendan A. Hurson, United States District Judge
Baltimore, Maryland

Entered: September 24, 2026 at 5:50 PM ET